STATE of Missouri, Respondent,

v.

Cecil POWERS, Jr., Appellant.

Nos. WD 48672, WD 50387.

Missouri Court of Appeals,
Western District.

Submitted Nov. 20, 1995.

Decided March 12, 1996.

Judith C. LaRose, Office of the Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara J. Wood, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and BERREY, JJ.

## ORDER

PER CURIAM:

Cecil Powers, Jr., appeals from his conviction for assault in the first degree, § 565.050 RSMo 1994, and for armed criminal action, § 571.015. He was sentenced to consecutive terms of seven and eight years, respectively. He also appeals the denial of his Rule 29.15 motion for post conviction relief.

The judgment of conviction and the judgment denying the postconviction motion are affirmed. Rules 84.16(b) and 30.25(b).